# CERTIFIED COPY OF RESOLUTION OF THE BOARD OF DIRECTORS OF
# GRAND NEW OFFICE INDUSTRIES, INC.
## AUTHORIZING THE FILING OF PETITION UNDER
## CHAPTER 7 OF THE BANKRUPTCY CODE

"**RESOLVED**: whereas the assets of the corporation are less in value than the amount of its total liabilities; the corporation is unable to meet its obligations as they mature, and

**WHEREAS** it is apparent that the business of the corporation cannot be operated profitably and that a continuation of the business of the corporation will result in certain creditors receiving preferences, and in a substantial dissipation of the assets of the corporation. Now, therefore,

**BE** it resolved that a Petition under Chapter 7 of the Bankruptcy Code be filed by the corporation and that **CARLOS F. GONZALEZ RODRIGUEZ** is and hereby is authorized to execute on behalf of the Corporation all instruments and pleadings required by law for the purpose of the filing of the petition under Chapter 7 of the Bankruptcy Code and be it further resolved,

**THAT** GRAND NEW OFFICE INDUSTRIES, INC., be and hereby is authorized to pay unto the Clerk of Courts all necessary filing fees required by law, and, be it further resolved,

**THAT** JUAN C. BIGAS VALEDON, be employed to act as counsels for the corporation in such bankruptcy proceedings."

**THE** undersigned hereby certifies that he is the President of the Corporation and has in his possession the corporate records of said corporation; that the above is a true and correct copy of a resolution adopted by the Board of Directors of said corporation at a duly constituted meeting held on _Dic 7/09_, in accordance with its corporate regulations; that a quorum was present at said meeting; that the said resolution has not been revoked, modified, annulled, or amended in any manner whatsoever.

**IN** witness whereof, I have hereunto set my hand and affixed the seal of said corporation, this

SEAL OF THE CORPORATION     SECRETARY OF THE CORPORATION

I, _Maraluz Alvarez Gonzalez_, of legal age, married, Secretary of GRAND NEW OFFICE INDUSTRIES, INC. D/B/A G.N.O.I. LOGISTICS, a resident of _San Juan_, Puerto Rico, do hereby make solemn oath that the statements contained in the foregoing document are true according to the best of my knowledge and belief. In San Juan, Puerto Rico, this _December 7th, 2009_

AFFIDAVIT NUMBER: _1435_

SUBSCRIBED AND SWORN to before me this _December 7, 2009_ by _Maraluz Alvarez_, of legal age, married, and resident of _San Juan_, Puerto Rico, to me personally known, on this same date, I Attest:

NOTARY PUBLIC